IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICK GUIDRY, DAVE SPENCER, and )<br>FREDERICK CUNNINGHAM, Individually,)<br>and on behalf of other similarly situated  )<br>employees and former employees, )<br>                                                                )<br>                    Plaintiffs,                          )<br>                                                                )<br>          v.                                                   )<br>                                                                )<br>CHENEGA INTEGRATED SYSTEMS, )<br>L.L.C., CHENEGA TECHNICAL        )<br>PRODUCTS, L.L.C., CHENEGA       )<br>OPERATIONS SERVICES, L.L.C.,     )<br>CHENEGA SECURITY & PROTECTION )<br>SERVICES, L.L.C., and CHENEGA    )<br>CORPORATION,                               )<br>                                                                )<br>                    Defendants.                       ) | CASE NO.  5:07-CV-00378-D |

## JOINT STATUS REPORT

Plaintiffs Rick Guidry, Dave Spencer, and Frederick Cunningham (collectively "Plaintiffs") and Defendants Chenega Integrated Systems, L.L.C., Chenega Technical Products, L.L.C., Chenega Operations Services, L.L.C., Chenega Security & Protection Services, L.L.C., and Chenega Corporation (collectively "Defendants"), by and through their respective counsel, jointly submit the following status report pursuant to the Court's March 19, 2010 Order.

1. On March 19, 2010, the Court entered an Order granting the parties' joint motion to stay discovery and extend deadlines. In its March 19, 2010 Order, the Court directed the parties to submit a status report within forty-five (45) days of the entry of the Order.

1

2. Since the entry of the March 19, 2010 Order, the parties have engaged in informal discovery pursuant to the terms of their joint motion to stay.

3. Plaintiffs sent Defendants their settlement demand on April 16, 2010.

4. Defendants are in the process of reviewing that demand and will send Plaintiffs their counter-demand no later than May 15, 2010.

Respectfully submitted this 3rd day of May, 2010.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Patrick J. Holman | /s/ Stephen X. Munger |
| Rand C. Eddy, OBA #11822 | Stephen X. Munger |
| Patrick J. Holman, OBA #21216 | L. Dale Owens |
| EDDY LAW FIRM, P.C. | Owen T. Hill |
| 228 Robert S. Kerr Ave., Suite 220 | Gregory L. Smith, Jr. |
| Oklahoma City, OK 73102 | JACKSON LEWIS LLP |
| Telephone: (405) 239-2524 | 1155 Peachtree Street |
| Facsimile: (405) 239-2665 (FAX) | Suite 1000 |
| rand@eddy-law.com | Atlanta, Georgia 30309 |
| patrick@eddy-law.com | Telephone: (404) 525-8200 |
| | Facsimile: (404) 525-1173 |
| | mungers@jacksonlewis.com |
| Edward W. Dzialo, Jr., OBA # 2579 | owensd@jacksonlewis.com |
| Law Firm of Godlove, Mayhall, | hillo@jacksonlewis.com |
| Dzialo, Dutcher & Erwin, PC | smithg@jacksonlewis.com |
| 802 SW C Avenue, PO Box 29 | |
| Lawton, Oklahoma 73501 | Sam R. Fulkerson, Esq. |
| Telephone: (580) 353-6700 | McAfee & Taft |
| Facsimile: (580) 353-2900 | Two Leadership Square, 10th Floor |
| ewd@gmdde.com | 211 North Robinson |
| | Oklahoma City, OK 73102-7103 |
| | Telephone: (405) 552-2369 |
| | Facsimile: (405) 228-7369 |
| | sam.fulkerson@mcafeetaft.com |