# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICK GUIDRY, DAVID SPENCER, FREDERICK CUNNINGHAM, Individually, and on behalf of other similarly situated employees and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHENEGA INTEGRATED SYSTEMS, L.L.C., CHENEGA TECHNICAL PRODUCTS, L.L.C., et al.<br><br>Defendants. | CASE NO. CIV-07-378-D |

## NOTICE OF FILING OF CONSENT TO JOINDER

PLEASE TAKE NOTICE Plaintiffs hereby file a Consent to Joinder pursuant to 29 U.S.C. §216(b) which are to be filed with the Clerk of the Court signed by: <u>Victoria Lynne Elbert.</u>

Edward W. Dzialo, Jr., OBA #2579
GODLOVE, MAYHALL, DZIALO,
DUTCHER & ERWIN, P.C.
802 SW "C" Avenue – P.O. 29
Lawton, OK 73502
Telephone: (580) 353-6700
Facsimile: (580) 353-2900
ewd@gmdde.com

Rand C. Eddy, Esq., OBA #11822
Patrick J. Holman, Esq., OBA #21216
Eddy Law Firm
228 Robert S. Kerr Ave., Suite 200
Oklahoma City, OK 73102
Telephone: (405) 239-2524
Facsimile: (405) 239-2665
rand@eddy-law.com
patrick@eddy-law.com

EXHIBIT 2

## OPT-IN CONSENT TO SUE FORM

*Rick Guidry, et al., individually, and on behalf of other similarly situated employees and former employees, v. Chenega Technical Products, LLC and/or Chenega Integrated Systems, LLC, et al.*
U.S. District Court for the Western District of Oklahoma
Case No.: CV-07-378-D

### COMPLETE & EMAIL, FAX OR MAIL THIS FORM TO:

Attn: Rand C. Eddy & Patrick J. Holman
Eddy Law Firm, P.C.
228 Robert S Kerr Ave., Suite 220
Oklahoma City, OK 73102
Phone: (405) 239-2524
Fax: (405) 239-2665
Email: patrick@eddy-law.com

Name: *Victoria Lynne Elbert*   Social Security No.: _____
(Please print)

Address: *1812 NW Lake Ave.*   Work phone: *(405) 217-8053*

*Lawton, OK 73507*   Home phone: *(580) 512-2012*

   Email: *shadyhy670@sbcglobal.net*

### CONSENT TO JOIN COLLECTIVE ACTION

1. I consent and agree to pursue my claims arising out of unpaid minimum wage and overtime work as an "armed security guard" for Defendant Chenega at:
   *Ft. Sill, OK* (Base name), located at or near
   *Lawton, OK* (Base location).

2. I have worked in the position of "armed security guard" for Defendant Chenega at the above named location from on or about *May 2004* (month/year) to on or about *Dec. 2006* (month/year).

3. During the above time period, I engaged in pre-shift and post-shift activities for the benefit of my employer for which I was not paid minimum wage or overtime compensation.

4. I understand that this lawsuit is brought pursuant to the minimum wage and overtime wage provisions of the Fair Labor Standard's Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* (the "FLSA"). I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any Judgment by the Court or any settlement of this action.

5.  I designate the named Plaintiffs, Rick Guidry, Dave Spencer and Frederick Cunningham, as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit.

6.  By signing and returning this Consent to Sue, I understand that I will be represented by Eddy Law Firm P.C., and the Law Firm of Godlove, Mayhall, Dzialo, Dutcher & Erwin, P.C., on a contingency fee basis without prepayment of attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that Eddy Law Firm P.C., and the Law Firm of Godlove, Mayhall, Dzialo, Dutcher & Erwin, P.C., may petition the Court for attorneys' fees and costs to be paid by the Defendant or Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount of attorneys' fees received from Defendants or forty percent (40%) of my total settlement or judgment amount, whichever is greater, pursuant to the attorney client contingency agreement with named Plaintiffs.

Dated this 3rd day of April, 2009,

_____
Signature

\* **Statute of Limitation Concerns Mandate You Return this Form as Soon as Possible to Preserve Your Rights.** (*See* "Notice of Collective Action Lawsuit" for time deadlines and further information regarding this lawsuit).

2